IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DOLORES RAMNATH | : | Case No. 22-00520 |
| DEBTOR, | : | |
| WELLS FARGO BANK | : | |
| | : | |
| Movant | : | Chapter 13 |
| Vs. | : | |
| DOLORES RAMNATH, | : | |
| Respondents | : | |

## ANSWER TO MOTION FOR RELIEF OF THE AUTOMATIC STAY BY WELLS FARGO BANK

**AND NOW,** comes Respondent, Randy L. Roessler, by and through his attorney, Gregory S. Hazlett, Esquire, and answers this Motion for Relief from Automatic Stay:

1. ADMITTED

2. ADMITTED.

3. ADMITTED
4. ADMITTED
5. ADMITTED
6. ADMITTED
7. **DENIED:** THE DEBTOR LACKS INFORMATION TO CONFIRM OR DENY THE ALLEGATIONS.
8. **ADMITTED:**
9. **ADMITTED:**
10. **ADMITTED:**
11. **ADMITTED:**

**12. DENIED:** Counsel for the debtor is unable to verify the extent if any, to which the debtor is in arrears.

**13. DENIED:** Counsel for the debtor is unable to verify the extent if any, to which the debtor is in arrears.

**14. DENIED:** Counsel for the debtor is unable to verify the extent if any, to which the debtor is in arrears.

**15. DENIED:**

**16. DENIED:**

**WHEREFORE,** the debtor respectfully requests that the Honorable Court deny the movant's Motion for Relief from the Automatic Stay and deny movants' request to seek a waiver from rule 4001(a)(3) for the aforementioned reasons.

2/27/2024

                                            Respectfully submitted,

                                       *s/s Gregory S. Hazlett, Esq.*
                                       **Gregory S. Hazlett, Esquire**
                                         **7 West Main Street**
                                         **Mechanicsburg, PA. 17055**
                                         **Phone: (717)-790-5500**