<u>LOCAL BANKRUPTCY FORM 9013-4</u>

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
DELORE A. RAMNATH
DAVID RAMNATH

**CHAPTER** _____13_____

**CASE NO.** __1__ - __22__ -bk- __00520-HWV__

**Debtor(s)**
MCLP ASSET COMPANY INC.

**ADVERSARY NO.** ___-___ ·ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
**vs.**
DELORES A. RAMNATH
DAVID RAMNATH
JACK ZHAROPOULOS,
CHAPTER 13 TRUSTEE

**Nature of Proceeding:** _Motion For_

_Relief from Automatic Stay_

**Defendant(s)/Respondent(s)**

**Document #:** _40_

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Both debtor's counsel as well as counsel for Movant need additional time within which to exchange the payment history and attempt to reach a resolution of this matter in lieu of judicial intervention. Opposing counsel Michelle McGowen, Esquire representing the movant MCLP Asset Company Inc. concurs with this request to continue.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____6/26/2024_____

GREGORY S. HAZLETT, ESQUIRE _____

Attorney for _DEBTOR_

Name: _DELORE A. RAMNATH_

Phone Number: _717-790-5500_

---

[1] No alterations or interlineations of this document are permitted.