United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00520-HWV |
| Dolores A Ramnath | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 27, 2024  Form ID: nthrgreq  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

**Recip ID          Recipient Name and Address**
+ David Ramnath, 3415 Pebble Ridge Drive, York, PA 17402-4349

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

**Name                     Email Address**

Adam Bradley Hall
                         on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Alyk L Oflazian
                         on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Denise E. Carlon
                         on behalf of Creditor MCLP Asset Company  Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory S Hazlett
                         on behalf of Debtor 1 Dolores A Ramnath adlitem@pa.net hazlettgreg123@gmail.com

Jack N Zaharopoulos
                         TWecf@pamd13trustee.com

Michelle McGowan
                         on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com

| | | |
|---|---|---|
| Robert Shearer | on behalf of Creditor MCLP Asset Company Inc rshearer@raslg.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dolores A Ramnath

**Debtor 1**

Chapter: 13

Case number: 1:22−bk−00520−HWV

Document Number: 40

Matter: Motion for Relief from Stay

MCLP Asset Company, Inc.
**Movant(s)**

vs.

Dolores A. Ramnath
David Ramnath
Jack N. Zaharopoulos
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 23, 2022.

A hearing on the above referenced matter has been rescheduled for:

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 8/6/24 Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 27, 2024 |

nthrgreq(02/19)