UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                 CASE NO.: 1:22-bk-00520-HWV
                                                                                     CHAPTER 13

Dolores A Ramnath,
Debtor.
_____ /

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

     **PLEASE TAKE NOTICE THAT**, on behalf of MCLP Asset Company, Inc. ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay, Motion for Relief From Co-Debtor Automatic Stay (Doc.: 40) filed on June 6, 2024.**

                                                   By: /s/ Michelle L. McGowan
                                                      Michelle L. McGowan, Esq.
                                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                      PA I.D 62414
                                                    13010 Morris Rd, Suite 450
                                                    Alpharetta, GA 30004
                                                    Telephone: 470-321-7113
                                                    Email: mimcgowan@raslg.com
                                                    Attorney for Movant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Dolores A Ramnath**
3415 Pebble Ridge Drive
York, PA 17402

**David Ramnath**
3415 Pebble Ridge Drive
York, PA 17402

**E-Mail Service:** via CM/ECF e-mail notification to the following:

**Gregory S Hazlett**
Email: adlitem@pa.net

**Jack N Zaharopoulos**
Email: info@pamd13trustee.com

**United States Trustee**
Email: ustpregion03.ha.ecf@usdoj.gov

By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.