United States Bankruptcy Court

Middle District of Pennsylvania

In re:   Case No. 22-00520-HWV

Dolores A Ramnath   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: AutoDocke   Page 1 of 2
Date Rcvd: Aug 07, 2024   Form ID: trc   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5477560 | MCLP Asset Company, Inc., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor MCLP Asset Company Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Dolores A Ramnath adlitem@pa.net hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust mimcgowan@raslg.com |
| Michelle McGowan | on behalf of Creditor MCLP Asset Company Inc mimcgowan@raslg.com |
| Michelle McGowan | |

        on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com

Robert Shearer
        on behalf of Creditor MCLP Asset Company  Inc rshearer@raslg.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:22-bk-00520-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Dolores A Ramnath
3415 Pebble Ridge Drive
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/06/2024.

Name and Address of Alleged Transferor(s):

Claim No. 5: MCLP Asset Company, Inc., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank Trust National Association
Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
U.S. Bank Trust National Association
Selene Finance LP

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/09/24

Terrence S. Miller
**CLERK OF THE COURT**