UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                 CASE NO.: 22-00520
Dolores A Ramnath,                                   CHAPTER 13
Debtor

_____
/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change filed under Claim 5-1 on September 25, 2024**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            6409 Congress Ave., Suite 100,
                                            Boca Raton, FL 33487
                                            Telephone: 470-321-7112

                                            By: /s/Robert Shearer
                                               Robert Shearer
                                               Email: rshearer@raslg.com

22-00520
RAMNATH,DAVID & RAMNATH,DOLORES
Notice of Withdrawal
Page1

Case 1:22-bk-00520-HWV     Doc 60     Filed 10/29/24     Entered 10/29/24 15:34:45     Desc
Main Document     Page 1 of 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DOLORES A RAMNATH
3415 PEBBLE RIDGE DRIVE
YORK, PA 17402

And via electronic mail to:

GREGORY S HAZLETT, ESQUIRE
7 WEST MAIN STREET
MECHANICSBURG, PA 17055

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com

22-00520
RAMNATH,DAVID & RAMNATH,DOLORES
Notice of Withdrawal
Page2

Case 1:22-bk-00520-HWV    Doc 60    Filed 10/29/24    Entered 10/29/24 15:34:45    Desc
Main Document    Page 2 of 2