United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 22-00520-HWV
Dolores A Ramnath Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 24, 2025     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

**Recip ID**    **Recipient Name and Address**
+ David Ramnath, 3415 Pebble Ridge Drive, York, PA 17402-4349

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Adam Bradley Hall
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Denise E. Carlon
    on behalf of Creditor MCLP Asset Company Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory S Hazlett
    on behalf of Debtor 1 Dolores A Ramnath adlitem@pa.net hazlettgreg123@gmail.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Michelle McGowan
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust mimcgowan@raslg.com

Michelle McGowan

| | |
|---|---|
| Michelle McGowan | on behalf of Creditor MCLP Asset Company  Inc mimcgowan@raslg.com |
| | on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com |
| Robert Shearer | on behalf of Creditor MCLP Asset Company  Inc rshearer@raslg.com |
| Sherri R Dicks | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust sdicks@raslg.com |
| Stephen Franks | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In re: | Bankruptcy No. 1:22-bk-00520 |
|---|---|
| Dolores A. Ramnath, | Chapter 13 |
|     Debtor | |
| Selne Finance, LP as servier for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST | |
|     Movant | |
| v. | |
| Dolores A. Ramnath, | |
|     Debtor/Respondent, | |
| David Ramnath, | |
|     Co-Debtor/Respondent | |
| Jack N Zaharopoulos, Esquire | |
|     Trustee/Respondent | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant, Doc. 61, and it appearing that the parties have resolved this matter via Stipulation, Doc. 64, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 24, 2025