UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

| | | | |
|---|---|---|---|
| IN RE: | DOLORES A RAMNATH | CASE NO: | 22-00520 |
| | | CHAPTER: | 13 |

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 2-1 filed on 04/11/2022, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

05/13/2025  /s/Tamika Chew
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV    Doc 67    Filed 05/13/25    Entered 05/13/25 13:33:29    Desc
Main Document    Page 1 of 2

# **CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

| | | | |
|---|---|---|---|
| IN RE: | DOLORES A RAMNATH | CASE NO: | 22-00520 |
| | | CHAPTER: | 13 |

    Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 05/13/2025, I served a true and correct copy of the above notice of claim satisfaction as follows:

☒ By CM/ECF:
Tamika Chew
Associate Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

05/13/2025                  /s/Tamika Chew
                                       Bankruptcy Processor
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV     Doc 67     Filed 05/13/25     Entered 05/13/25 13:33:29     Desc
Main Document     Page 2 of 2