## United States Bankruptcy Court

Middle District of Pennsylvania (Harrisburg)

| | |
|---|---|
| IN RE:     DOLORES A RAMNATH | CASE NO.:    22-00520 |
| | CHAPTER:    13 |

      Debtors

**Change of address – Payment for Creditor**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/29/2025                                  /s/Lisa Johnson
                                                       Account Resolution Associate Manager
                                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV    Doc 74    Filed 09/29/25    Entered 09/29/25 16:57:06    Desc
Main Document      Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: DOLORES A RAMNATH      CASE NO: 22-00520
                                              CHAPTER: 13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/29/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]

09/29/2025                                /s/Lisa Johnson
                                              Account Resolution Associate Manager
                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV    Doc 74    Filed 09/29/25    Entered 09/29/25 16:57:06    Desc
Main Document      Page 2 of 2