# United States Bankruptcy Court

Middle District of Pennsylvania (Harrisburg)

IN RE: DOLORES A RAMNATH  
CASE NO.: 22-00520  
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372  
Creditor email address: bkchapter13@wellsfargo.com

09/29/2025  
/s/Lisa Johnson  
Account Resolution Associate Manager  
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV Doc 75 Filed 09/30/25 Entered 09/30/25 15:47:11 Desc Main Document Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: DOLORES A RAMNATH        CASE NO: 22-00520
                                                       CHAPTER: 13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/29/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]

09/29/2025                                       /s/Lisa Johnson
                                               Account Resolution Associate Manager
                                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:22-bk-00520-HWV    Doc 75    Filed 09/30/25    Entered 09/30/25 15:47:11    Desc
Main Document      Page 2 of 2